Form B1 (Official Form 1) - (Rev. 1/08)

2008 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Closets by Design, Inc.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **95-4844383** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): **3860 Capitol Avenue Whittier, CA**   ZIP CODE **90601** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: **Los Angeles County** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE |
|---|

**Type of Debtor (Form of Organization)** (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other   **Home Improvement**

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee (Check one box)**
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (Rev. 1/08)                                  **2008 USBC, Central District of California**

| **Voluntary Petition** _(This page must be completed and filed in every case.)_ | Name of Debtor(s):                 FORM B1, Page 2 <br>         Closets By Design, Inc. |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐   Yes, and Exhibit C is attached and made a part of this petition. <br><br> ☒   No | (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### Check all applicable boxes.

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                         _____
                         (Name of landlord that obtained judgment)

                         _____
                         (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

☐   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

Form B1 (Official Form 1) (Rev. 1/08)

2008 USBC, Central District of California

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Closets By Design, Inc. | |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☑ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

## Signature of Attorney

X *Charles Reeder*
  Signature of Attorney for Debtor(s)

Christopher S. Reeder
Printed Name of Attorney for Debtor(s)

Reeder, Lu & Green LLP
Firm Name

2121 Avenue of the Stars
Address

Suite 950

(310) 270-9300
Telephone Number

3/17/10        193041
Date           Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  _____ Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Gerard A. Thompson*
  Signature of Authorized Individual

Gerard A. Thompson
Printed Name of Authorized Individual

Senior Vice President & CFO
Title of Authorized Individual

March 17, 2010
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 (310) 270-9300<br><br>☒ *Attorney for:* Closets By Design, Inc. | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    CLOSETS BY DESIGN, INC.<br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 11<br><br>ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists         Date Filed: March 17, 2010

☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____

☐ Other: _____                             Date Filed: _____

## PART I – DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          3/17/2010
Signature of Authorized Signatory of Filing Party          Date

Gerard A. Thompson
Printed Name of Authorized Signatory of Filing Party

Senior Vice President and CFO
Title of Authorized Signatory of Filing Party

## PART II – DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on this true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          3/17/10
Signature of Attorney for Filing Party          Date

Christopher S. Reeder
Printed Name of Attorney for Filing Party

_____

November 2008      This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# UNANIMOUS WRITTEN CONSENT
## OF DIRECTORS OF
## CLOSETS BY DESIGN, INC.

·The undersigned members of the Board of Directors ("Board") of Closets By Design, Inc. (the "Company"), being all of the Directors of the Company, hereby adopt the following resolutions by unanimous written consent, as authorized by applicable law and the By-Laws of the Company:

**WHEREAS**, the Board has determined that it is in the best interests of the Company, its creditors, shareholders and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing a case (the "Bankruptcy Case") under the Bankruptcy Code; therefore, it is:

**RESOLVED**, that the Company be, and hereby is, authorized to file a petition for relief under chapter 11 in the Bankruptcy Case, and the law firm of Reeder, Lu & Green, LLP is authorized to file the petition on behalf of the company; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the Bankruptcy Case for the Company and Reeder, Lu & Green, LLP as special counsel for specified matters; and it is

**RESOLVED**, that each of the officers of the Company, including Frank Melkonian, Chief Executive Officer, Gerard A. Thompson, Chief Financial Officer, and Alex Jivalagian, vice president of operations, are hereby authorized to:

a.    Execute and file all schedules, lists, statements and other papers and to take any and all action that he deems necessary, proper or desirable in connection with the Bankruptcy Case for the Company with view toward the successful completion of the Bankruptcy Case; and

b.    Take all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions.

Dated: March 17, 2010          By: _F. Melkonian_ (signature)
                               Name:  FRANK MELKONIAN

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>(310) 270-9300<br>☑ Attorney for: Closets By Design, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>   Closets By Design, Inc.<br><br>                                                    Debtor(s).<br><br>                                                    Plaintiff(s).<br><br>                                                    Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___Gerard A. Thompson_____, the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

   ☑   I am the president or other officer or an authorized agent of the debtor corporation

   ☐   I am a party to an adversary proceeding

   ☐   I am a party to a contested matter

   ☐   I am the attorney for the debtor corporation

2. a.   ☑   The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

        Home Organizers Inc.

   b.   ☐   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____        __3/17/2010_____
Signature of Attorney or Declarant        Date

Gerard A. Thompson
**Printed Name of Attorney or Declarant**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                    **F 1007-4**

Christopher S. Reeder (State Bar No. 193041)
REEDER, LU & GREEN LLP
2121 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 270-9300

Proposed Counsel to Closets By Design, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CLOSETS BY DESIGN, INC., a California corporation,<br><br>Debtor. | Case No.:<br><br>Chapter 11<br><br>**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(D); DECLARATION OF GERARD A. THOMPSON** |

The above-captioned debtor (the "Debtor"), hereby submits the attached List of Creditors Holding 20 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the "List"). The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The List also does not include customers who have pre-paid for products and/or services from the Debtor or who may have warranty claims against the Debtor or current employees with priority claims under 11 U.S.C. § 507(a)(4), as the Debtor intends to satisfy such claims in the ordinary course of its business, subject to approval by the Court.

The list was prepared by the Debtor based upon the ongoing review of its books and records. The List, therefore, is subject to amendment if additional information becomes known as a result of the ongoing review of the books and records.

1

1 Dated: March 17, 2010    REEDER, LU & GREEN LLP

2

3          By: _Christopher S. Reeder_

4            Christopher S. Reeder
          Proposed Counsel for Closets By Design, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF GERARD A. THOMPSON

2      I, Gerard A. Thompson, declare as follows:

3      1.      I am the Senior Vice President and Chief Financial Officer of the Debtor in the

4   above-captioned matter.  The attached List of Creditors Holding 20 Largest Unsecured Claims (the

5   "List") is true and correct to the best of my information and belief based upon my review of the

6   Debtor's books and records.  If additional information becomes known as a result of the ongoing

7   review of the Debtor's books and records, the List will be promptly amended.

8      I declare under penalty of perjury under the laws of the United States of America that the

9   foregoing is true and correct.

10      Executed this /7th day of March 2010 at Whittier, California.

11

12

13                                          Gerard A. Thompson
                                            Senior Vice President and CFO
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

## CLOSETS BY DESIGN, INC.
### 20 Largest Unsecured Claims

| (1) Name of creditor & mailing address | (2) Name, telephone & address of contact | (3) Nature of claim | (4) Indicate if contingent, unliquidated, disputed, subject to set off | (5) Amount |
|---|---|---|---|---|
| City of Palm Springs Business License PO Box 2743 Palm Springs, CA 92263 | City of Palm Springs Business License PO Box 2743 Palm Springs, CA 92263 (760) 323-8289 | Vendor | | $118.00 |
| Prudential Overall Supply PO Box 11210 Santa Ana, CA 92711 | Prudential Overall Supply PO Box 11210 Santa Ana, CA 92711 | Vendor | | $213.26 |
| Colorado Muffler & Auto Repair 2155 East Colorado Blvd Unit 7 Pasadena, CA 91107 | Colorado Muffler and Auto Repair 2155 East Colorado Blvd Unit 7 Pasadena, CA 91107 (626) 449-7779 | Vendor | | $188.77 |
| Oil Changer Inc. 4511 Willow Rd Suite 1 Pleasanton, CA 94588 | Oil Changer Inc 4511 Willow Rd Suite 1 Pleasanton, CA 94588 (925) 734-5800 | Vendor | | $39.52 |
| Airgas NCN PO Box 7425 Pasadena, CA 91109-7425 | Airgas NCN PO Box 7425 Pasadena, CA 91109-7425 (916) 379-1000 | Vendor | | $58.91 |
| Action Marketing L.L.C. 5301 Beethoven St Suite 295 Los Angeles, CA 90066 | Action Marketing LLC 5301 Beethoven St Suite 295 Los Angeles, CA 90066 | Vendor | | $2,750.00 |

## CLOSETS BY DESIGN, INC.
## 20 Largest Unsecured Claims

| | | | | |
|---|---|---|---|---|
| Valassis Direct Mail Inc. | | Vendor | | $68,087.83 |
| Berry Network<br>PO Box 71090<br>Cincinnati, OH 45271-0909 | Berry Network Inc<br>PO Box 71090<br>Cincinnati, OH 45271-0909<br>(800) 366-1264 | Vendor | | $7,332.57 |
| Dynamic Courier Service Inc.<br>635 W Colorado St<br>Suite 201<br>Glendale, CA 91204 | Dynamic Courier Service Inc<br>635 W Colorado St<br>Suite 201<br>Glendale, CA 91204<br>(818) 240-1050 | Vendor | | $130.00 |
| Verizon California<br>PO Box 9650<br>Mission Hills, CA 91346 | Verizon California<br>PO Box 9650<br>Mission Hills, CA 91346<br>800-483-5000 | Vendor | | $807.08 |
| First Communications LLC<br>PO Box 89406<br>Cleveland, OH 44101-6406 | First Communications LLC<br>PO Box 89406<br>Cleveland, OH 44101-6406 | Vendor | | $1,893.36 |
| Print on All<br>6612 San Fernando Rd<br>Glendale, CA 91201 | Print on All<br>6612 San Fernando Rd<br>Glendale, CA 91201 | Vendor | | $352.83 |
| Val-Pak Direct Marketing<br>PO Box 945889<br>Atlanta, GA 30394-5889 | ValPak Direct Marketing<br>PO Box 945889<br>Atlanta, GA 30394-5889<br>(727) 399-3000 | Vendor | | $47,100.00 |
| City of Industry<br>PO Box 3366<br>City of Industry, CA 91744 | City of Industry<br>PO Box 3366<br>City of Industry, CA 91744<br>(818) 764-9223 | Vendor | | $165.06 |
| First Choice Services<br>7373 Flores St<br>Downey, CA 90242-0211 | First Choice Services<br>7373 Flores St<br>Downey, CA 90242-0211<br>(562) 940-9401 | Vendor | | $103.74 |

## CLOSETS BY DESIGN, INC.
### 20 Largest Unsecured Claims

| | | | |
|---|---|---|---|
| Google, Inc.<br>Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 | Google Inc<br>Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 | Vendor | $53,020.05 |
| PG Telecom Holdings Inc.<br>30251 Golden Lantern<br>Suite E PMB 508<br>Laguna Niguel, CA 92677 | PG Telecom Holding Inc<br>30251 Golden Lantern<br>Suite E PMB 508<br>Laguna Niguel, CA 92677<br>(888) 832-9422 | Vendor | $1,011.58 |
| Softline Solutions LLC<br>3917 Fountain Ave<br>Los Angeles, CA 90029 | Softline Solutions LLC<br>3917 Fountain Ave<br>Los Angeles, CA 90029<br>(888) 335-2226 | Vendor | $712.00 |

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name __ Christopher S. Reeder

Address __ Reeder Lu & Green LLP
2121 Avenue of the Stars Ste. 950
Los Angeles, CA 90067

Telephone ___ (310) 270-9300

☒  Attorney for Debtor(s)    Closets By Design, Inc.
☐  Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| --- | --- |
| | Chapter:    11 |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: ___ March 17, 2010

_____
Debtor

/s/ Christopher S. Reeder
_____
*Attorney (if applicable)*                                    *Joint Debtor*

Closets By Design Inc
3860 Capitol Ave
Whittier, CA 90601-1733


Reeder Lu & Green LLP
2121 Avenue of the Stars
Suite 950
Los Angeles, CA 90067


Office of the United States Trustee
725 S Figueroa Street
Suite 2600
Los Angeles, CA 90017

Action Marketing LLC
5301 Beethoven St
Suite 295
Los Angeles, CA 90066


Advance Auto Repair
24641 Industrial Blvd
Hayward, CA 94545


Mishan Afsari
5 Wildwood Lane
Menlo Park, CA 94025


Airgas NCN
PO Box 7425
Pasadena, CA 91109-7425


Mayra Alvarado
6077 Main St
South Gate, CA 90280


Jose Arciniega
3953 W 178th St D
Torrance, CA 90504

Samuel Arenas
4701 Staunton Ave
Los Angeles, CA 90058


Jessica Arzate
3839 Amanda Street Apt M217
West Covina, CA 91792


Crystal Auslam
6013 North Milton Ave Unit C
Whittier, CA 90601


Berry Network
Attn Accounts Receivable
PO Box 710909
Cincinnati, OH 45271-0909


Byron Ayala
17238 Fox Hatch Lane
Lathrop, CA 95330


Patrick Bowers
6204 Hefley St
Wesminster, CA 92683

Kharon Brake
14137 DeSota Drive
Victorville, CA 92393


Mirna Bravo
3320 Quartz Ln D22
Fullerton, CA 92831


Judith Brennan
38 N Almaden Blvd
Unit 611
San Jose,CA 95110


Kristiane Brown
5190 Corte Playa Catalina
San Diego, CA 92124


Virginia Byers
1725 S Maple Street 2
Escondido, CA 92029


Barbara Caplan
Bennett 6449 W 6th St
Los Angeles, CA 90048

Salvador Castillo
1090 Eddy 401
San Francisco, CA 94109


Candy Castro
719 S Downey Rd
Los Angeles, CA 90023


Charles Dunn Equities 1 LLC
dba Peck Centre
800 W 6th Street 6th Flr
Los Angeles, CA 90017


Kristy Christine
611 Cuesta Dr
Los Altos, CA 94024


City of Industry
PO Box 3366
City Of Industry, CA 91744


City of Palm Springs
Business License
PO Box 2743
Palm Springs, CA 92263

Colorado Muffler and Auto Repair
2155 East Colorado Blvd
Unit 7
Pasadena, CA 91107


Denise Coury
7 Hummingbird Lane
Aliso Viejo, CA 92656


Bradley Crooker
688 Brookside Dr
Danville, CA 94526


William Cruz
3509 Athol St
Baldwin Park, CA 91706


Claudia Cuadras Garcia
13520 Pala Ave
Sylmar, CA 91342


Cindy David
271 And Ave
San Lorenzo, CA 94580

Emilio De La Cruz
1402 Taylor Ave
Escondido, CA 92027


Karen Deluca Walton
7746 Jellico Ave
Northridge, CA 91325


Dennis Droege
315 J St
Unit 1
Fremont, CA 94536


Isidro Duenez
609 El Sur
Duarte, CA 91010


Dynamic Courier Service Inc
635 W Colorado St
Suite 201
Glendale, CA 91204


EB Bradley Co
1150A N Red Gum St
Anaheim, CA 92806

Guillermo Espinoza
627 Oakford Dr
Los Angeles, CA 90022


David Estrada
18536 Hunter Ave
Hayward, CA 94541


Carlos Fajardo
4447 Manitou Way
San Diego, CA 92117


Fast Trak Service Center
PO Box 26926
San Francisco, CA 94126


Gabriel Figueroa
1301 Garvin Ave
Richmond, CA 94801


First Choice Services
7373 Flores St
Downey, CA 90242-0211

First Communications LLC
PO Box 89406
Cleveland, OH 44101-6406


Alberto Flores Rivera
1227 E 91 St
Los Angeles, CA 90002


Adriana Force
29608 Manzana Drive
Sun City, CA 92587


Jose Garcia
411 Deepmead Ave
La Puente, CA 91744


Juan Garcia Mora
1400 W 218th St
Torrance, CA 90501


Julie Georgedes
11018 Moorpark St
Unit 320
North Hollywood, CA 91602

Elisa Gil Osorio
1345 N Hayworth Ave
Unit 116
West Hollywood, CA 90046


Elena Goeltz
615 Orvis Ave
San Jose, CA 95112


Julian Gonzalez
526 N Soldano Ave
Azusa, CA 91702


Google Inc
Dept 33654
PO Box 39000
San Francisco, CA 94139


Christine Gritzmacher
1597 Redlands Pl
Unit C
Costa Mesa, CA 92627


Jefferson Hendrick
912 Wilcox Avenue Unit 5
Los Angeles, CA 90038

Zenon Jimenez
5606 Smiley Dr
Los Angeles, CA 90016


David Jordan
1592 Union St
San Francisco, CA 94123


Hilary King
402 W 19th Street
Antioch, CA 94509


Lori Knigge
97 Sparkes Road
Sebastopol, CA 95472


Gaye Lange
3436 Mt Aachen Ave
Unit G94
San Diego, CA 92111


Lynne Loa
3811 E 10th St
Long Beach, CA 90804

Kimberly Lochner
10470 Prather Lane
Tustin, CA 92782


Rodrigo  Luna
4300 The Woods Drive Apt D327
San Jose,CA 95136


Amy Lyden
5008 Arroyo Lane Unit 205
Simi Valley, CA 93063


Kenneth  MacLure
32545 Lake Barlee Ln
Freemont, CA 94555


Blanca Magdaleno
5169 W 134 Th Place
Hawthorne, CA 90250


Gia Mantegani
517 N San Mateo Drive
Unit 1
San Mateo, CA 94401

Marcos Painting Co
2871 Ruby View Ct
San Jose, CA 95148


Lisa Marland
4 Westport
Irvine, CA 92620


Edgard Martinez
24660 Amador St
Unit 162
Hayward, CA 94544


Hrair Melconian
1423 Portofino Dr
Vista, CA 92081


Laura Milton
725 County Square Dr Unit 32
Ventura, CA 93003


Kirsten Mollema
910 Potrero
San Francisco, CA 94110

Rebecca Monge
3130 Alta Verde Drive
Fallbrook, CA 92028


Oil Changer Inc
4511 Willow Rd
Suite 1
Pleasanton, CA 94588


Espiridio Padilla Elizondo
16625 Alwood St
La Puente, CA 91744


Julio Paniagua
332 West 83rd St
Los Angeles, CA 90003


Lea Papike
13286 Devon Drive
Jamul, CA 91935


Luis Perez
1428 Joycedale Ave
West Covina, CA 91790

Jaroslav Petrik
25211 Via Lido
Laguna Niguel, CA 92677


PG Telecom Holding Inc
30251 Golden Lantern
Suite E PMB 508
Laguna Niguel, CA 92677


Print on All
6612 San Fernando Rd
Glendale, CA 91201


Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711


Monique Ramirez
1017 E 65th St
Inglewood, CA 90302


Reymundo Ramirez Bernal
5317 St Mark Avenue
Newark, CA 94560

Alberto Raya
538 Tonapah Ave
La Puente, CA 91744


Irene Rebbetoy
7528 Vista Del Mar
Playa Del Rey, CA 90293


Jayma Rhoades
3130 Elliott Street
San Diego, CA 92106


Sylvia Rivera
12711 Willowood Ave
Garden Grove, CA 92840


Alfredo Rodriguez
809 5th Ave
Los Angeles, CA 90005


Carlos Rodriguez
20985 Royal Ave
Hayward, CA 94541

Roberto Rodriguez Parra
2846 Allgeyer Ave
El Monte, CA 91732


Sharon Shadgoo
404 N Maple Dr
Unit 307
Beverly Hills, CA 90210


Kathy Shotwell
1412 Ellsworth Crt
Thousand Oaks, CA 91360


Softline Solutions LLC
3917 Fountain Ave
Los Angeles, CA 90029


Carmen Solis
31952 Avenue D
Yucaipa, CA 92399


Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

John Stodghill
816 Kodak Dr
Los Angeles, CA 90026


Cathy Strahan
559 Chandon Ct
Walnut Creek, CA 94597


Mary Szymczak
6115 Ridgemont Dr
Oakland, CA 94619


Carlos Tec
23830 San Fernando Rd
Unit 46
Newhall, CA 91321-3148


Michael  Torres
810 S Westboro Ave
Alhambra, CA 91803


Jenny Tran
204 Kenton Drive
Santa Ana, CA 92704

Jack Traub
16628 Woodruff Ave Apt 6
Bellflower, CA 90706


Marcus Uhtof
762 Coffeewood Ct
San Jose, CA 95120


Valassis Direct Mail Inc
File 70179
Los Angeles, CA 90074


ValPak Direct Marketing
PO Box 945889
Atlanta, GA 30394-5889


Verizon California
PO Box 9650
Mission Hills, CA 91346


Verizon California 369 8919
PO Box 9688
Mission Hills, CA 91346-9688

Diane Viola
2344 Willet Wy
Pleasanton, CA 94566


Lisa Weller
805 Salt Court
Redwood City, CA 94065


Michele  Whiddon
1700 Speyer Lane
Redondo Beach, CA 90278


Lauren Yee
1068 Country Club Drive
Moraga, CA 94556


Miguel Zanabria
10748 Elliott Ave
So El Monte, CA 91733